# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Bryan Horwath,

      Plaintiff

v.

Scripps Broadcasting Holdings, LLC, and
Does and Roes,

      Defendants

Case No.: 2:25-cv-00962-JAD-BNW

**Remand Order**

[ECF Nos. 10, 23]

    Plaintiff Bryan Horwath filed this breach-of-contract action based entirely on state-law claims in Nevada state court.  Defendant Scripps Broadcasting Holdings, LLC removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.  Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand.  For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 10] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 13, Case No. A-25-917915-C,** and CLOSE THIS CASE.

- The pending motion to dismiss **[ECF No. 23] is DENIED** without prejudice to its refiling in state court with necessary revisions to conform to state-court rules and include applicable state-law standards.  So **this case returns to state court with no motions pending.**

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: July 17, 2025

_____
U.S. District Judge Jennifer A. Dorsey